**Russell K. Ryan # 139835**
**MOTSCHIEDLER, MICHAELIDES, WISHON,**
**BREWER & RYAN, LLP**
**1690 West Shaw Avenue, Suite 200**
**Fresno, California  93711**
**Telephone (559) 439-4000**
**Facsimile (559) 439-5654**

Attorneys for Plaintiff
JESSICA JOBE

**MICHAEL D. BRUNO (SBN 166805)**
mbruno@gordonrees.com
**SARA CHURCH REESE (SBN 135082)**
sreese@gordonreese.com
**MICHAL G. KUBICKI (SBN 241330)**
mkubicki@gordonrees.com
**GORDON & REES LLP**
**275 Battery Street, Suite 2000**
**San Francisco, CA 94111**
**Telephone:  (415) 986-5900**
**Facsimile:  (415) 986-8054**

Attorneys for Defendant
COAST DENTAL SERVICES INC.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA JOBE,<br><br>             Plaintiff,<br><br>      v.<br><br>COAST DENTAL SERVICES, INC.,<br><br>             Defendant. | Case No.: 1:14-cv-01534-JAM-SAB<br><br>**STIPULATION AND ORDER  RE ALTERNATE DISPUTE RESOLUTION AND TIMING OF MOTION TO COMPEL ARBITRATION**<br><br>Assigned to U.S. DISTRICT JUDGE JOHN A. MENDEZ |

Plaintiff Jessica Jobe ("**Plaintiff**") and Defendant Coast Dental Services, Inc. ("**Defendant**") hereby stipulate as follows:

The parties previously agreed and the court adopted a briefing schedule for the defendant's motion to compel arbitration, which calls for opening papers to be filed by January 22, 2015. The parties are in the process of negotiating in hope of achieving a settlement. Two other cases brought by the same attorney against this same defendant were successfully resolved in December 2014. The parties therefore propose to devote an initial period of time, January 16, 2015 to February 28, 2015 to alternative dispute resolution, and stipulate that any formal litigation activities be temporarily suspended during this period.

The parties will report to the court the results of these efforts no later than March 6, 2015, and will immediately advise the court if a resolution is reached. , before the parties and court must devote time to formal litigation activities. Accordingly,

The parties therefore stipulate and request that the deadlines for the motion to compel arbitration and initial disclosures be taken off calendar, to avoid potentially unnecessary expenditure of effort by the court and parties.

Dated:  January 16, 2015                    MOTSCHIEDLER, MICHAELIDES,
                                            WISHON, BREWER & RYAN, LLP

                                            By:  /s/ Russell K. Ryan
                                            Russell K. Ryan, Attorneys for
                                                Plaintiff Jessica Jobe

Dated:  January 16, 2015                    GORDON REES, LLP

                                            By:  /s/ Sara Church Reese
                                                Sara Church Reese, Attorneys for
                                                Defendant Coast Dental Services,
                                                Inc.

**DATED: 1/16/2015**

SO ORDERED:

/s/ John A. Mendez
U. S. District Court Judge

MOTSCHIEDLER,
MICHAELIDES,
WISHON, BREWER &
RYAN, LLP

1095525/21909772v.1

2

Stipulation re Alternate Dispute Resolution and Timing of Motion to Compel Arbitration